IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL HAYWOOD MYLES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 13-cv-16-bbc

ROBERT WERLINGER,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Robert Werlinger dismissing the petition of Samuel Haywood Myles for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that he is custody in violation of the Constitution or law of the United States.

By: _____    5-2-2013
Peter Oppeneer, Clerk of Court          Date